Lori Lynn JEFFERIS, Plaintiff—
Appellant,

v.

HTI INC., doing business as Hou–Tra International, Defendant—
Appellee.

No. 06–20264.

United States Court of Appeals,
Fifth Circuit.

Dec. 11, 2006.

David T. Lopez, David Lopez & Associates, Houston, TX, for Plaintiff–Appellant.

Anne Marie Finch, Jackson Walker, Houston, TX, Scott Masur McElhaney, Jackson Walker, Dallas, for Defendant–Appellee.

Before JOLLY, HIGGINBOTHAM, and DENNIS, Circuit Judges.

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

384

PER CURIAM: *

AFFIRMED. *See* 5TH CIR. R. 47.6.